UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DOUGLAS P. BUSH,

        Plaintiff,

v.

8TH CIRCUIT COURT,

        Defendant.
_____/

Case No. 1:18-cv-248

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that Plaintiff's action be **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A.


Dated: June 6, 2018          /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge